466 A.2d 713

Commonwealth v. Haynes, Appellant.

Submitted April 7, 1983. George Edward Lepley, Jr., Public Defender, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

The judgment of sentence is affirmed.

466 A.2d 714

Commonwealth v. Heller, Appellant.

Submitted April 28, 1983. Michael F. Flannery, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.